■ In the Matter of RUSCIANO & SON CORPORATION et al., Respondents, v WILLIAM E. ROCHE, as Assessor, et al., Appellants. In the Matter of RUSCIANO & SON CORPORATION et al., Respondents, v RICHARD R. BLESSING, as Assessor, et al., Appellants. — Final order of the Supreme Court, Westchester County, entered September 9, 1980, affirmed, without costs or disbursements. No opinion. Hopkins, J. P., Titone, Gibbons and Cohalan, JJ., concur.